UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 08206
   TIFFANY M STEPHENS
   DEMITRA J BELL                         CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-3635    SSN XXX-XX-1534
```

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/04/07 .

   2.  The case was dismissed without confirmation, 10/12/2007.

   3.  The Debtor paid a total of $   6000.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST NAT'L BANK OF NAPE | CURRENT MORTG | .00 | .00 | .00 |
| FIRST NAT'L BANK OF NAPE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIRST NAT'L BANK OF NAPE | CURRENT MORTG | .00 | .00 | .00 |
| FIRST NAT'L BANK OF NAPE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK BROO | SECURED | .00 | .00 | .00 |
| FIRST NATIONAL BANK BROO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ACTION CARD/BANK FIRST | UNSECURED | NOT FILED | .00 | .00 |
| BCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHECK ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST CA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| ELAN FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NAT'L BANK OF NAPE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NAT'L BANK OF NAPE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HWARFIELD | UNSECURED | NOT FILED | .00 | .00 |
| LEASE FINANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| TORRES CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |

Summary of disbursements:

----------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, RONALD D CUMMINGS           , was allowed $   3000.00 and was paid $    726.00  direct and $   2274.00  through the plan.

The Trustee received $    107.15 .

Refunds to the Debtor totaled $   3618.85 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/14/07                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE